SRP:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. **00-6098**

18 USC 1542
18 USC  911
18 USC 1621

**CR-ZLOCH**

**MAGISTRATE JUDGE SELTZER**

UNITED STATES OF AMERICA

v.

HOUSSAIN EL KAMLICHI,

        Defendant.
_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about May 15, 1998, at Broward County, in the Southern District of Florida, the defendant,

HOUSSAIN EL KAMLICHI,

did willfully and knowingly make a false statement in an application for a passport with intent to induce and secure the issuance of a passport under the authority of the United States,



for his own use, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that the defendant stated in said application that he was RAYMOND WASHINGTON and a citizen of the United States, when in truth and in fact, and as the defendant then and there well knew, he was not RAYMOND WASHINGTON and was not a citizen of the United States; in violation of Title 18, United States Code, Section 1542.

## COUNT II

On or about May 15, 1998, at Broward County, in the Southern District of Florida, the defendant,

HOUSSAIN EL KAMLICHI,

an alien, did knowingly and willfully falsely represent himself to be a citizen of the United States, in that he presented a counterfeit birth certificate of a RAYMOND WASHINGTON, born in the State of Texas, claiming this to be his own birth certificate, in an attempt to induce and secure the issuance of a passport; in violation of Title 18, United States Code, Section 911.

## COUNT III

On or about May 15, 1998, at Broward County, in the Southern District of Florida, the defendant,

HOUSSAIN EL KAMLICHI,

having duly taken an oath before a competent passport agent of the Department of State, duly authorized and empowered by the Secretary of State to administer oaths under the provisions of Title 22,

United States Code, Section 213, to verify the truth of recitals in applications for passports, that the written declarations he had made on his application for a United States passport were true, did willfully and knowingly and contrary to said oath state material matter which he then and there did not believe to be true, in that he stated under oath as aforesaid that he was RAYMOND WASHINGTON and was born in the State of Texas, when in truth and in fact and as the defendant then and there well knew, he was not RAYMOND WASHINGTON and was not born in the State of Texas; in violation of Title 18, United States Code, Section 1621.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
STEVEN R. PETRI
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

HOUSSAIN EL KAMLICHI

CASE NO. 00-6098-CR-ZLOCH

**CERTIFICATE OF TRIAL ATTORNEY***

Superseding Case Information:

MAGISTRATE JUDGE SELTZER

New Defendant(s)                Yes ___ No ___
Number of New Defendants        ___
Total number of counts          ___

**Court Division**: (Select One)

___ Miami     ___ Key West
_X_ FTL       ___ WPB     ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:       (Yes or No) NO
   List language and/or dialect _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   I    0 to 5 days      _X_       Petty      ___
   II   6 to 10 days     ___       Minor      ___
   III  11 to 20 days    ___       Misdem.    ___
   IV   21 to 60 days    ___       Felony     _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) NO
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?   (Yes or No) NO
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) NO

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

_____
STEVEN R. PETRI
ASSISTANT UNITED STATES ATTORNEY
COURT NO. A550048

*Penalty Sheet(s) attached                            REV.4/7/99

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant Name: HOUSSAIN EL KAMLICHI    Case No. 00-6098

CR-ZLOCH

MAGISTRATE JUDGE
SELTZER

Count #: 1

False Statement in Application for U.S. Passport

18 U.S.C. §1542

*Max. Penalty: 10 years' Imprisonment; and $250,000 fine.

Count #: 2

False Claim to U.S. Citizenship

Title 18, United States Code, Section 911

*Max. Penalty: 3 years' Imprisonment; and $250,000 fine

Count #: 3

Perjury

Title 18, United States Code, Section 1621

*Max. Penalty: 5 years' Imprisonment; and $250,000 fine

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable

10/9/98