AO 442 (Rev. 12/85) Warrant for Arrest  AUSA PETRI

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

HOUSSAIN EL KAMLICHI

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: 00-6098 CR-ZLOCH

YOU ARE HEREBY COMMANDED to arrest  HOUSSAIN EL KAMLICHI

and bring him forthwith to the nearest magistrate to answer a(n)

Name MAGISTRATE JUDGE SELTZER

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense)   False statement in application of a passport; false claim to U.S. citizenship and perjury.

FILED by _____ D.C.
APR 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

in violation of Title  18  United States Code, Section(s)  1542, 911 and 1621

CLARENCE MADDOX
Name of Issuing Officer

[Signature]
Signature of Issuing Officer

Bail fixed at $  Pretrial Detention

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

FORT LAUDERDALE, FL — April 13, 2000
Date and Location

by  [Signature]
UNITED STATES MAGISTRATE JUDGE
BARRY S. SELTZER
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | [Signature] |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____HOUSSAIN EL KAMLICHI_____

ALIAS: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

_____

INVESTIGATIVE AGENCY AND ADDRESS: State Department - Andrew Kavanaugh 305 536 5781
_____