MAY 2 4 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6098-CR-ZLOCH

UNITED STATES OF AMERICA

V.                                    MINUTE ORDER

HOUSSAIN EL KAMLICHI

---

On April 13, 2000 an indictment was returned against the above defendant.

The defendant not having been arrested and 30 days having passed, this case is hereby transferred to fugitive status.

Dated this 24th day of May, 2000 at Fort Lauderdale, Florida.

                                       AT THE DIRECTION OF THE
                                       HONORABLE WILLIAM J. ZLOCH

                                       CLARENCE MADDOX
                                       CLERK

                       BY: _____
                                       CARLINE T. NEWBY
                                       DEPUTY CLERK

CC: U. S. Attorney

3