AO 442 (Rev. 12/85) Warrant for Arrest  AUSA PETRI

468661

# *United States District Court*

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

HOUSSAIN EL KAMLICHI

TO: **The United States Marshal
and any Authorized United States Officer**

## WARRANT FOR ARREST

CASE NUMBER: **00-6098**

CR-ZLOCH

YOU ARE HEREBY COMMANDED to arrest ___HOUSSAIN EL KAMLICHI___

Name

MAGISTRATE JUDGE
SELTZER

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense)  False statement in application of a passport; false claim to U.S. citizenship and perjury.

in violation of Title __18__ United States Code, Section(s) 1542, 911 and 1621

CLARENCE MADDOX
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Bail fixed at $ _[no bond set]_

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

FORT LAUDERDALE, FL    _April 13, 2000_
Date and Location

UNITED STATES MAGISTRATE JUDGE
by ___BARRY S. SELTZER___
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at **Miami, FL** |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4/13/2000 | James A. Tassone, US Marshal | _[signature]_ |
| DATE OF ARREST | | |
| 6/12/2000 | FOR: INS | Fred Depompa, SDUSM |