koia.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 00-6098-CR-ZLOCH

UNITED STATES OF AMERICA

      Plaintiff,

**ORDER ON INITIAL APPEARANCE**
Language ENGLISH
Tape No. 00 H - 23 - 1048
AUSA Mike Tein
Agent _____

v.

HOUSSAIN EL KAMLICHI
      Defendant.

DOB    # 61737-004

FILED by _____ D.C.
MAG. SEC.

JUN 1 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

_____/

The above-named defendant having been arrested on 06-12-2000 _____ having appeared before the court for initial appearance on 06-12-2000 ____ and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon
**ORDERED** as follows:

REC'D by _____ D.C.
MAG. SEC.
APR 2 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

1. _____ appeared as permanent/temporary counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
2. _____ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on _____ at Ft. Lauderdale, 2000.
4. Arraignment/Preliminary/Removal/Identity hearing is set for 10am 6/22, 2000.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because Gov. at Ft. Lauderdale
   A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for 10am 6/15, 2000.
6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142: _____ The bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
   __a. Surrender all passports and travel document to the Pretrial Services Office.
   __b. Report to Pretrial Services as follows: ___ times a week by phone, ___ time a week in person; other: _____
   __c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
   __d. Maintain or actively seek full time gainful employment.
   __e. Maintain or begin an educational program.
   __f. Avoid all contact with victims of or witnesses to the crimes charged.
   __g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
   __h. Comply with the following curfew: _____
   __I. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminal

5

HOUSSAIN EL KAMLICHI

___j. Comply with the following additional special conditions of this bond:
_____
_____

This bond was set: At Arrest _____
    On Warrant _____
    After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is ___
_____
_____
_____

____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Miami, Florida, this 12 day of __JUNE__, 2000.

_____
ROBERT L. DUBE
**UNITED STATES MAGISTRATE JUDGE**

c: Assistant U.S. Attorney
  Defendant
  Counsel
  U.S. Marshal
  Pretrial Services/Probation