UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

    Plaintiff

    v.

Houssmi~ el Kuralichi
    Defendant

CASE NO.

00-6098-CA-Zloch

REPORT COMMENCING CRIMINAL ACTION

TO: CLERK'S OFFICE
    U.S. DISTRICT COURT

61737-004

All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 6/12/00    0900

2. Spoken language: English

3. Offense(s) charged: 18 USC 1542, 911, 16 c 1

4. U.S. Citizen  [ ] YES  [✓] NO  [ ] UNKNOWN

5. Date of birth: //

6. Type of charging document: (Check One)
    [✓] INDICTMENT    [ ] COMPLAINT TO BE FILED/ALREADY FILED

    CASE NO. 00-6098    CASE NO. _____

    DISTRICT: _____ (Where warrant or complaint is filed.)

    [ ] BENCH WARRANT FOR FAILURE TO APPEAR

    [ ] PROBATION VIOLATION WARRANT

    [ ] PAROLE VIOLATION WARRANT

    COPY OF WARRANT LEFT WITH BOOKING OFFICER: [ ] YES

FILED by ___ D.C.
MAG. SEC.
JUN 12 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

    AMOUNT OF BOND. _____

    WHO SET BOND. _____

7. REMARKS: _____

8. DATE: 6/12/2000    9. LEE, Phillips
                                ARRESTING OFFICER

10. AGENCY: STATE/DSS    11. (305) 536-5292
                                PHONE NO.