| | |
|---|---|
| DEFT: Hussain El Kamlichi (J)# | CASE NO: 00-6098-CR-Zloch |
| AUSA: Steve Petri / Bruce Brown | ATTNY: FPD SSAM SMARGEN / Bruce B. |
| AGENT: | VIOL: |
| PROCEEDING: PTD/Arraignment | BOND REC: |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: _____

____ BOND SET @ $250,000 Corp Surety w/ nebbia

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by _____ D.C.
JUN 15 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports & travel documents.
4) Rpt to PTS as directed /or ____ X's a week/month by phone; ____ X's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ____ Halfway House
____ Electronic Monitoring

No Bond hearing held
Both sides stipulate to a CSB,
reserving right to proceed
w/ a PTD hearing at a later
date.
Reading of indictment waived

No tapes
No transcripts

Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | 6-30-00 | 11:00am | Snow |

DATE: 6-15-00   TIME: 10:00am   TAPE # 00-050   PG # 1
end 12:30pm   2021-2226

12