UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6098-CR-ZLOCH

UNITED STATES OF AMERICA

v.      **MINUTE ORDER**

HUSSAIN EL KAMLICHI

On May 24, 2000, defendant was transferred to fugitive status.

Now that the defendant has been seen in this district, this defendant presently lodged in fugitive status is hereby returned to the active calendar of the Honorable William J. Zloch for further proceedings.

DATED: 6/19/00

CLARENCE MADDOX, CLERK

BY: _____
Carline T. Newby
Deputy Clerk

