UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6098-CR-ZLOCH

UNITED STATES OF AMERICA )
)
)
)
v. )
)
HOUSSAIN EL KAMLICHI, )
)
)
)
)
Defendant. )
_____)

**GOVERNMENT'S RESPONSE TO THE STANDING DISCOVERY ORDER**

The United States hereby files this response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

- A. 1. The government will provide copies of any written statements made by the defendant to law enforcement officers at the time of his arrest as soon as the case agent returns to his office, which is expected this week.

    2. The government will provide the substance of any oral statements made by the defendant to law enforcement officers at the time of his arrest as

soon as the case agent returns to his office, which is expected this week.

3. No defendant testified before the Grand Jury.

4. A copy of the defendant's criminal history will be provided as soon as received by this office.

5. Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendant may be inspected at a mutually convenient time at the Office of the United States Attorney. Undersigned counsel has spoken with defense counsel to set up a discovery meeting, which will occur after defense counsel returns to the district in approximately 11 days after a well deserved vacation.    For convenience of counsel, attached to this response are documents numbered 1-11. Undersigned counsel would be happy to explain the significance of these documents at the discovery meeting.

6. There were no physical or mental examinations or scientific tests or experiments made in connection with this case.

B.    DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C.    The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963), and United States v. Agurs, 427 U.S. 97 (1976). At present, the undersigned AUSA is unaware of any Brady information.

D.    The government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of Giglio v. United States, 405 U.S. 150 (1972),

2

or *Napue v. Illinois*, 360 U.S. 264 (1959). At present, no government witnesses have received any benefits of this type.

E. The government will disclose any prior convictions of any alleged co-conspirator, accomplice or informant who will testify for the government at trial. At present, the government does not expect to be calling any such witness at trial.

F. The defendant was not identified in a show up.

G. The government has advised its agents and officers involved in this case to preserve all rough notes.

H. The government will timely advise the defendant of its intent, if any, to introduce during its case in chief proof of evidence pursuant to F.R.E. 404(b). You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).

I. The defendant is not an aggrieved person, as defined in Title 18, United States Code, Section 2510(11), of any electronic surveillance.

J. The government has ordered transcribed the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause.

K. No contraband is involved in this indictment.

L. The government does not know of any automobile, vessel, or aircraft allegedly used in the commission of this offense that is in the government's possession.

M. The government is not aware of any latent fingerprints or palm prints which have been identified by a government expert as those of the defendant.

N. To date, the government has not received a request for disclosure of the subject-matter of expert

        testimony that the government reasonably expects to offer at trial.

O.    The government will make every possible effort in good faith to stipulate to all facts or points of law the truth and existence of which is not contested and the early resolution of which will expedite trial. These stipulations will be discussed at the discovery conference.

P.    At the discovery conference to be scheduled in Section A.5, above, the government will seek written stipulations to agreed facts in this case, to be signed by the defendant and defense counsel.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial. In addition to the request made above by the government pursuant to both Section B of the Standing Discovery Order and Rule 16(b) of the Federal Rules of Criminal Procedure, in accordance with Rule 12.1 of the Federal Rules of Criminal Procedure, the government hereby demands Notice of Alibi defense; the approximate time, date, and place of the offense was as specified in the indictment.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: /s/ Steven R. Petri
STEVEN R. PETRI
Assistant United States Attorney
Federal Bar No. A5500048
500 East Broward Blvd.
Suite 700
Fort Lauderdale, Florida 33394
Tel: (954) 356-7255 Ex. 3599
Fax: (954) 356-7366

4

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail this **28**$^{th}$ day of June, 2000 to: SAMUEL J. SMARGON, AFPD, 101 NE 3rd Avenue, Suite 202, Fort Lauderdale FL 33301.

                                                 _/s/ Steven R. Petri_
                                                 Steven R. Petri
                                                 Assistant United States Attorney

# State of Florida
## Department of Highway Safety and Motor Vehicles
*FOR USE ONLY AS AUTHORIZED BY DHSMV*

### DRIVER LICENSE

**DL/ID number**  **Class**
E425-320-74-021-0   E

**Name**
HOUSSAIN EL KAMLICHI

**Address**
17130 NW 33 CT
MIAMI, FL 33056-4215

**Date of birth**   **Sex**   **Height**
01-21-74   M   5-05

**Restrictions**   **Endorsements**

**Fingerprint on file**
None

**Issue date**   **Issue time**
10-25-96   13:42:06

**Expiration date**   **Duplicate date**
01-21-03   04-07-99

**Form number**
S019904070159

Signature: *H. El Kamlichi*

Conditional messages

I, Harry D. Scott, Chief, Bureau of Driver License Records, Division of Driver Licenses, Department of Highway Safety and Motor Vehicles, do hereby certify that I am custodian of the records of said Division of Driver Licenses and that this is a true copy of the original document as taken from the official records on file in this Department.

Harry D. Scott

(1)



# State of Florida
## Department of Highway Safety and Motor Vehicles
*FOR USE ONLY AS AUTHORIZED BY DHSMV*

### DRIVER LICENSE



**DL/ID number**  
W252-730-73-417-0

**Class**  
E

**Name**  
RAYMOND JERMAINE WASHINGTON

**Address**  
1700 NE 133RD RD ST #205  
MIAMI, FL 33181-0000

**Date of birth**  
11-17-73

**Sex**  
M

**Height**  
5-07

**Restrictions**

**Endorsements**

**Fingerprint on file**  
None

**Issue date**  
05-13-98

**Issue time**  
14:24:58

**Expiration date**  
11-17-04

**Duplicate date**  
00-00-00

**Form number**  
S099805130240

**Conditional messages**  
SAFE DRIVER

I, Harry D. Scott, Chief, Bureau of Driver License Records, Division of Driver Licenses, Department of Highway Safety and Motor Vehicles, do hereby certify that I am custodian of the records of said Division of Driver Licenses and that this is a true copy of the original document as taken from the official records on file in this Department.

Harry D. Scott

②

# Texas Department of Public Safety



NAME: WASHINGTON, RAYMOND JERMAIN
NO: 11616629
CLASS: C   DOB: 11171973
IMAGE DATE: 08181997   STATION: 116
EXPIRATION DATE: 11172001
ADDRESS: 3839 GANNON APT 2326
DALLAS
TX 75237
IMAGE INDEX: D1001141

LEFT FINGERPRINT: THUMB
RIGHT FINGERPRINT: THUMB

③

# STATE OF TEXAS
## CERTIFICATION OF VITAL RECORD

**TEXAS DEPARTMENT OF HEALTH**
BUREAU OF VITAL STATISTICS

---

TEXAS DEPARTMENT OF HEALTH
REC'D DEC 13 1973
BUREAU OF VITAL STATISTICS

STATE OF TEXAS — CERTIFICATE OF BIRTH — BIRTH NO. 142-73-173474

1. PLACE OF BIRTH
   - a. COUNTY: Dallas
   - b. CITY OR TOWN: Dallas
   - c. NAME OF HOSPITAL OR INSTITUTION: Parkland Memorial Hospital
   - d. IS PLACE OF BIRTH INSIDE CITY LIMITS? YES

2. USUAL RESIDENCE OF MOTHER
   - a. STATE: Texas
   - b. COUNTY: Dallas
   - c. CITY OR TOWN: Dallas — ZIP CODE: 75215
   - d. STREET ADDRESS: 2511 Parsons
   - e. IS RESIDENCE INSIDE CITY LIMITS? YES
   - f. IS RESIDENCE ON A FARM? NO

3. NAME: Raymond Jermaine Washington
4. DATE OF BIRTH: November 17, 1973
5. SEX: Male
6a. THIS BIRTH: SINGLE
7. NAME (FATHER): Larry Gene Washington
8. COLOR OR RACE: Negro
9. AGE: 21 YEARS
10. BIRTHPLACE: New Mexico
11a. USUAL OCCUPATION: Cook
11b. KIND OF BUSINESS OR INDUSTRY: Royal Inn
12. MAIDEN NAME (MOTHER): Iuadney Idleshie N Barkley
13. COLOR OR RACE: Negro
14. AGE: 18 YEARS
15. BIRTHPLACE: Jamaica
16. CHILDREN PREVIOUSLY BORN TO THIS MOTHER:
   - a. How many OTHER children are now living? 1
   - b. How many OTHER children were born alive but are now dead? 0
   - c. How many children were born dead? 0

17. INFORMANT: Iuadney Washington
18. (certification) 6:14 A.M.
19a. ATTENDANT'S SIGNATURE
19c. ATTENDANT'S ADDRESS: Parkland Memorial Hospital
19b. ATTENDANT AT BIRTH: M.D.
19d. DATE SIGNED: November 17, 1973
20a. REGISTRAR'S FILE NO.: 20800
20b. DATE REC'D BY LOCAL REGISTRAR: NOV 26 1973
20c. REGISTRAR'S SIGNATURE: Maurine Lamm

---

E688403



This is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code.

ISSUED: MAY 07 1998

RICHARD E. BAYS
STATE REGISTRAR

WARNING: IT IS ILLEGAL TO DUPLICATE THIS COPY.

(4)



# UNITED STATES DEPARTMENT OF STATE
## APPLICATION FOR PASSPORT REGISTRATION

(Type or print all capital letters in blue or black ink in white areas only)

**1. NAME (First and Middle)**: RAYMOND
**LAST**: Washington

**2. MAIL PASSPORT TO: STREET / RFD # OR P.O. BOX**: 1700 NE 133st **APT. #**: 205
**CITY**: Miami **STATE**: FL
**ZIP CODE**: 33181 **COUNTRY / IN CARE OF (if applicable)**:

045182555

☐ 5 Yr. ☑ 10 Yr. Issue Date _____
☐ D ☐ O ☐ DP
End. # _____ Exp. _____

**3. SEX**: ☑ M ☐ F
**4. PLACE OF BIRTH (City & State of City & Country)**: Dallas, TX
**5. DATE OF BIRTH**: 11/17/73
**6. SOCIAL SECURITY NUMBER**: 1 4 2 6 1 6 5 7

**7. HEIGHT**: 5'11"
**8. HAIR COLOR**: BLK
**9. EYE COLOR**: BRN
**10. HOME TELEPHONE**: (305) 496 9357
**11. BUSINESS TELEPHONE**: (305) 651 4419
**12. OCCUPATION**: Greator- Janitor

**13. PERMANENT ADDRESS (DO NOT LIST P.O. BOX)** STREET/RFD #: 1700 NE 133st Apt 205 CITY: Miami STATE: FL ZIP CODE: 33181

**14. FATHER'S FULL NAME**: Washington Larry **BIRTHPLACE**: New Mexico **BIRTHDATE**: **U.S. CITIZEN**: ☑ Yes ☐ No
**15. MOTHER'S FULL MAIDEN NAME**: Barkli Iredney **BIRTHPLACE**: Jamaica **BIRTHDATE**: **U.S. CITIZEN**: ☐ Yes ☑ No

**16. HAVE YOU EVER BEEN MARRIED?** ☐ Yes ☑ No **SPOUSE'S OR FORMER SPOUSE'S FULL NAME AT BIRTH**: **BIRTHPLACE**: **BIRTHDATE**: **U.S. CITIZEN**: ☐ Yes ☐ No
**DATE OF MOST RECENT MARRIAGE**: **WIDOWED/DIVORCED?** ☐ Yes ☑ No **17. OTHER NAMES YOU HAVE USED**:

**18. HAVE YOU EVER BEEN ISSUED A U.S. PASSPORT?** ☐ Yes ☑ No **MOST RECENT PASSPORT NUMBER**: **APPROXIMATE ISSUE DATE**: **DISPOSITION**: ☐ Submitted ☐ Stolen ☐ Lost ☐ Other

**19. EMERGENCY CONTACT**:
NAME: Aszeta Washington
STREET: 1700 NE 133st Apt 205
CITY: Miami STATE: FL ZIP CODE: 33181
TELEPHONE: 305 496 9357 RELATIONSHIP: Sister

**20. TRAVEL PLANS**: Date of Trip: 08/98 COUNTRIES TO BE VISITED:

**21. STOP. DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY PERSON ADMINISTERING OATH.**

X _____ Parent's/Legal Guardian's Signature if identifying minor child
X R. Washington Applicant's Signature - age 13 or older

**22. FOR ACCEPTANCE AGENT'S USE** Subscribed and sworn to (affirmed) before me: 05/15/98 (SEAL)
Signature: Guido Stevens
BOARD OF COUNTY COMMISSIONERS BROWARD COUNTY FLORIDA
☐ Clerk of Court: Location
☑ PASSPORT Agent
☐ Postal Employee
☐ (Vice) Consul USA

**23. APPLICANT'S IDENTIFYING DOCUMENTS**:
☑ DRIVER'S LICENSE ISSUE DATE: 05/13/98 EXPIRATION DATE: 7/11/04 ID No. W252-730-73-417-0
☐ PASSPORT
☐ OTHER (Specify) _____ PLACE OF ISSUE: Florida ISSUED IN THE NAME OF: Raymond Jermaine Washington

**24. FOR ISSUING OFFICE USE ONLY (Applicant's evidence of citizenship)**:
☑ Birth Certificate SR ☐ CR City Filed/Issued: 11/26/73/97
☐ Passport Bearer's Name
☐ Report of Birth
☐ Naturalization/Citizenship Cert. No.: SAME Issued:
☐ Other
☐ Seen & Returned
☐ Attached

**25. $45 MB** FEE _____ EXEC. _____ EF _____ OTHER _____ (5)

APPLICATION APPROVAL

Page 1
FORM DSP-11 (12-97) (SEE INSTRUCTIONS ON PAGE 2) Form Approved OMB No. 1405-0004 (Exp. 3/31/98) Estimated Burden - 20 Minutes*

# UNITED STATES DEPARTMENT OF STATE
## APPLICATION FOR ☐ PASSPORT ☐ REGISTRATION
(Type or print all capital letters in blue or black ink in white areas only)

**1. NAME (First and Middle)**
RAYMOND

**LAST**
Washington

**2. MAIL PASSPORT TO:** STREET / RFD # OR P.O. BOX — 1700 NE 133 St   **APT. #** APT 205

**CITY** Miami   **STATE** FL

**ZIP CODE** 33181   **COUNTRY / IN CARE OF (if applicable)**

045182555

☐ 5 Yr.   ☒ 10 Yr.   Issue Date _____
☐ A   ☐ D   ☐ O   ☐ DP
End. # _____   Exp. _____

**3. SEX** ☒ M ☐ F
**4. PLACE OF BIRTH (City & State or City & Country)** Dallas, TX
**5. DATE OF BIRTH** 11/17/73
**6. SOCIAL SECURITY NUMBER** 1 4 2 6 2 1 6 5 7

**7. HEIGHT** 5'11"   **8. HAIR COLOR** BLK   **9. EYE COLOR** BRN   **10. HOME TELEPHONE** (305) 496 9357   **11. BUSINESS TELEPHONE** (305) 651 4419   **12. OCCUPATION** ~~Caretaker~~ Janitor

**13. PERMANENT ADDRESS (DO NOT LIST P.O. BOX)** STREET/RFD # 1700 NE 133 St Apt 205   **CITY** Miami   **STATE** FL   **ZIP CODE** 33181

**14. FATHER'S FULL NAME** Washington Larry   **BIRTHPLACE** Mexico   **BIRTHDATE** ___   **U.S. CITIZEN** ☒ Yes ☐ No
**15. MOTHER'S FULL MAIDEN NAME** Barkly Iwanev Jamaica   **BIRTHPLACE** ___   **BIRTHDATE** ___   **U.S. CITIZEN** ☐ Yes ☐ No

FULL NAME AT BIRTH ___   BIRTHPLACE ___   BIRTHDATE ___   U.S. CITIZEN ☐ Yes ☐ No

**17. OTHER NAMES YOU HAVE USED** (1) ___ (2) ___

Yes ☐  No ☒   IF YES, COMPLETE NEXT LINE AND SUBMIT PASSPORT IF AVAILABLE.
MOST RECENT PASSPORT NUMBER ___   APPROXIMATE ISSUE DATE ___
**DISPOSITION** ☐ Submitted ☐ Stolen ☐ Lost ☐ Other

EMERGENCY CONTACT: ___ Ozete Washington ___ NE 133 St Apt 205 ___ Miami FL 33181 ___ 496 9357 ___ RELATIONSHIP Sister

**20. TRAVEL PLANS (not mandatory)** Date of Trip 08/98   Length of Trip ___   COUNTRIES TO BE VISITED ___

DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY PERSON ADMINISTERING OATH.
...since acquiring United States citizenship, performed any of the acts listed under "Acts or Conditions" on ... of this application form (unless explanatory statement is attached). I solemnly swear (or affirm) that the ... made on this application are true and the photograph attached is a true likeness of me.

X _Raymond J. Washington_ Applicant's Signature - age 13 or older

Date 05/15/98 (SEAL)
☐ Clerk of Court; Location ___
☒ PASSPORT Agent
☐ Postal Employee
☐ (Vice) Consul USA

BOARD OF COUNTY COMMISSIONERS BROWARD COUNTY FLORIDA

**23. APPLICANT'S IDENTIFYING DOCUMENTS**
☒ DRIVER'S LICENSE   ISSUE DATE 05/13/98   EXPIRATION DATE 11/17/04   ID No W252-730-73-417-0
☐ PASSPORT
☐ OTHER (Specify) ___   PLACE OF ISSUE Florida   ISSUED IN THE NAME OF Raymond Jermaine Washington

**24. FOR ISSUING OFFICE USE ONLY (Applicant's evidence of citizenship)**
☒ Birth Certificate (SR)   CR   City   Filed/Issued 11/26/73/57
☐ Passport   Bearer's Name ___   SAME
☐ Report of Birth
☐ Naturalization/Citizenship Cert.   No.: ___   Issued: ___
☐ Other
☒ Seen & Returned
☐ Attached

APPLICATION APPROVAL

**25.** $ 45 MB   FEE ___ EXEC ___ EF ___ OTHER (6)

Page 1
FORM DSP-11 (12-97)   (SEE INSTRUCTIONS ON PAGE 2)   Form Approved OMB No. 1405-0004 (Exp. 3/31/98) Estimated Burden - 20 Minutes*

# PROPERTY REPORT
## CORAL SPRINGS POLICE DEPARTMENT

**Original Date Reported:** 11-20-96
**Case Reference:** Retail Theft / Burglary

| Person Code | Item # | Status | Damage | Property Type | Quantity | Name | Brand | Model Name/Number |
|---|---|---|---|---|---|---|---|---|
| A1 | 1 | 3 | 0 | K | 1 | | Tommy Hilfiger | 701549848332 |

Description: Blue shirt
Value: $78.00  Value Recovered: $78.00  Date Recovered: 11-20-96

| Person Code | Item # | Status | Damage | Property Type | Quantity | Name | Brand | Model Name/Number |
|---|---|---|---|---|---|---|---|---|
| A1 | 2 | 3 | 0 | K | 1 | | Tommy Hilfiger | 701549839044 |

Description: Green stripe shirt
Value: $58.00  Value Recovered: $58.00  Date Recovered: 11-20-96

Officer(s) Reporting: Elliott / Scheele
ID Number: 544
Unit: Patrol
Date: 11-20-96
ID Number: 044

Page 21 of ?

CSPD #304

State of Florida
County of Broward
City of Coral Springs

Before me the undersigned authority personally appeared
_Michael Matonak_ being duly sworn states as follows:

The below statement is being taken at _Burdines_
reference case# _96-28867_ date _11-20-96_
time _3:20 PM_.

What is your full name?

_Michael Matonak_

What is your age, date of birth, and telephone number?
_20, 10-16-76_                    _(954) 345-3213_

What is your address?
_9129 West Atlantic Blvd, Coral Springs, FL 33071_

Where are you employed and what is your position?
_Burdines - Security_

If you are presently in school, what school do you attend and your grade?

What can you tell me concerning this incident?

On the above date at approx. 2:47 PM this writer and Det. Hernbaker observed Houssain El Kamlichi enter the store via C.C.T.V. monitors. The subject selected three Tommy Hilfiger shirts and entered a pre-claimed fitting room. From the fitting room, this writer observed the subject conceal two shirts down his pants. The subject then exited the store via the mall doors with no attempt to pay for the merchandise. Once outside, this writer and Det. Hernbaker approached the subject and displayed proper I.D. The merchandise was recovered and the subject was escorted to the Security office where the C.S.P.D. was contacted. One pair of cutters was recovered from his pockets also.

Sworn to and subscribed before
me the undersigned authority
this ___20___ day of
___November___ 19_96_

_____
Witness Signature

_____  #544
Deputy of Court of Notary Public

(Page _1_ of _1_)

(8)

# BROWARD COUNTY — FIRST APPEARANCE / ARREST FORM

**Agency:** CORAL SPRINGS
**Offense Report:** 96-12867
**OBTS No:** 0274542777

**Defendant's Last Name:** EL KAMLICHI
**First:** HOUSSAIN
**Citizenship:** USA

| RC | SEX | HGT | EYES | HAIR | WGT | COMP | AGE | D.O.B. | BIRTHPLACE | SCARS, MARKS, TT |
|----|-----|-----|------|------|-----|------|-----|--------|------------|------------------|
| B  | M   | 503 | BRO  | BLACK| 120 | FAIR | 22  | 1-21-74 | ENGLAND   | NONE             |

**Permanent Address:** 1623 S 24 TERRACE, HOLLYWOOD, FL 33020
**Place of Employment:** CVC ELECTRICAL
**Length:** 1 YEAR
**Residence Type:** (2) COUNTY
**How Long Defendant in Broward County:** 2 mos
**Place of Arrest:** 9129 W ATLANTIC BLVD
**Date/Time Arrested:** 11-20-96 1530
**Arresting Officer/CCN:** SCHEETZ 541

**Officer Injured:** N
**Unit:** 856
**Zone:** 10
**Beat:** S
**Shift:** 12-2200

**Activity:** N
**Drug Type:** N

---

**Name of Victim:** BURDINES
**Address:** 9129 W ATLANTIC BLVD CORAL SPRINGS
**Phone #:** 345-3213

| COUNT NO. | OFFENSES CHARGED | CITATION # | F.S.# OR CAPIAS/WARRANT # |
|-----------|------------------|------------|---------------------------|
| 1         | THEFT, RETAIL    |            | 812.014 (3)(4)            |

---

Before me this date personally appeared **GARY E SCHEETZ** who being first duly sworn deposes and says that on **20** day **NOVEMBER** 19**96** at **9129 W ATLANTIC BLVD** (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe same are as follows:

ON 11-20-96, I RESPONDED TO BURDINES (9129 W. ATLANTIC BLVD) AND MET WITH STORE DETECTIVE MATOVAK. MATOVAK STATED THAT WHILE VIEWING CCTV MONITORS, HE OBSERVED ABOVE DEFENDANT SELECT MERCHANDISE AND ENTER A PRE-CLEARED FITTING ROOM. MATOVAK THEN OBSERVED DEFENDANT CONCEAL TWO SHIRTS DOWN HIS PANTS. DEFENDANT THEN EXITED THE

**Officer's Name/CCN:** SCHEETZ 541
**Officer's Division:** PATROL

STATE OF _____ COUNTY OF _____

The foregoing instrument was acknowledged before me this **20** day of **NOV** 19**96**, who is personally known to me or who has produced (ID Type) **LEO** as identification and who **DID** take an oath.

SEVENTEENTH JUDICIAL CIRCUIT
BROWARD COUNTY
STATE OF FLORIDA

(9)

| ARREST NO. | | | | | | | | OBTS NO. 009454277 | |
|---|---|---|---|---|---|---|---|---|---|
| DEFENDANT'S LAST NAME | FIRST | MIDDLE | SUF. | HGT. | WGT. | RC | SEX | D.O.B. | OFFENSE REPORT | ARRESTING OFFICER(S)/CCN |
| EL HAMLICHI | HOUSSAIN | | | 503 | 120 | B | M | 1-21-79 | 96-12867 | SCHEETZ 544 |

| NAME OF VICTIM (IF CORPORATION, EXACT LEGAL NAME AND STATE OF INCORP.) | ADDRESS | PHONE # |
|---|---|---|
| BUILDINES | 9129 W ATLANTIC BLVD CORAL SPRINGS | 345-3213 |

| COUNT NO. | OFFENSES CHARGED | CITATION #, IF APPLICABLE | F.S. # OR CAPIAS/WARRANT # |
|---|---|---|---|
| 1 | THEFT, RETAIL | | 812.014 (3)(A) |

Before me this date personally appeared GARY E SHEETZ
deposes and says that on 20 day NOVEMBER 1996 at 9129 W ATLANTIC BLVD who being first duly sworn
above named defendant committed the above offenses charged and the facts showing probable cause to believe same are as follows:

STORE, MAKING NO ATTEMPT TO PAY FOR THE PROPERTY. DEFENDANT WAS CONFRONTED BY DIATONAK OUTSIDE THE STORE WHERE ALL PROPERTY WAS RECOVERED. DEFENDANT WAS TRANSPORTED TO C.S.P.D. FOR BOOKING AND LATER BONDED OUT.

TOTAL VALUE OF PROPERTY IN 136.00.

I swear the above statement is correct and true to the best of my knowledge and belief

OFFICER/AFFIANT'S SIGNATURE    OFFICER'S NAME/CCN SCHEETZ 544    OFFICER'S DIVISION PATROL

STATE OF    COUNTY OF

The foregoing instrument was acknowledged before me this 20 day of NOV 1996 who is personally known to me or who has produced (ID Type) LEO as identification and who DID take an oath (SEAL OR STAMP)

DEPUTY CLERK OF THE COURT, NOTARY PUBLIC, OR ASSISTANT STATE ATTORNEY    TITLE OR RANK CCN

SEVENTEENTH JUDICIAL CIRCUIT    FIRST APPEARANCE/ARREST FORM

(10)

Orig   Court
2nd   State Atty
3rd   Filing Agency

# OFFENSE INCIDENT REPORT

| Agency ORI Number | Agency Name | Agency Report Number |
|---|---|---|
| FL0062800 | CORAL SPRINGS POLICE DEPARTMENT | 96-12867 |

| Reported: Day | Date | Time (mil) | Time Dispatched (mil) | Time Arrived (mil) | Time Completed (mil) |
|---|---|---|---|---|---|
| WEDNESDAY | 11-20-96 | 1501 | 1504 | 1512 | 1705 |

| Incident Type | Incident: Day | Date | Time (mil) | To | Day | Date | Time (mil) |
|---|---|---|---|---|---|---|---|
| 3. Traffic Felony | From WED | 11-20-96 | 1445 | | WED | 11-20-96 | 1500 |

| Offense | Type | Description | Status | Violation Number | NCIC/UCR Code |
|---|---|---|---|---|---|
| #1 | 3 | THEFT RETAIL | C | 812.014 | 3.A |
| #2 | | | | | |

**Incident Location:** 9129 W ATLANTIC BLVD   **City:** CORAL SPRINGS   **State:** FL   **Zip:** 33071   **Geographic Indicator:** 1-110

**Business Name/Area Identifier:** BURDINES

**Forced Entry:** 0 (N/A)   **Occupancy:** 0 (Occupied)

**Location Type:** 10

| # Offenses | # Victims | # Offenders | # Prem. Ent. | # Veh. Stolen | Type Weapon | | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 0 | 0 | | 0 | 0 |

| V/W Code | V. Type | Name | Residence Phone |
|---|---|---|---|
| 1 | V | 1 4 | BURDINES | N/A |

**Address:** 9129 W ATLANTIC BLVD   **City:** CORAL SPRINGS   **State:** FL   **Zip:** 33071   **Business Phone:** (954) 345-3213

**Synopsis of Involvement:** VICTIM

| Race | Sex | DOB | Res. Type | Res. Status | Extent of Injury | Injury | Relationship | Ethnicity |
|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0,0,0,0,0,0 | 0 | 00 | 0 | 0,0 | 00 | |

| V/W Code | V. Type | Name | Residence Phone |
|---|---|---|---|
| W | 1 3 | MATONAK, MICHAEL | N/A |

**Address:** 9129 W ATLANTIC BLVD   **City:** CORAL SPRINGS   **State:** FL   **Zip:** 33071   **Business Phone:** (954) 345-3213

**Synopsis of Involvement:** WITNESSED INCIDENT

| Race | Sex | DOB | Res. Type | Res. Status | Extent of Injury | Injury | Relationship |
|---|---|---|---|---|---|---|---|
| W | M | 10,6,76 | 1 | 0 | 0,0 | 00 | |

**Suspect Code:** A 1   **Name:** EL KAMLICHI, HOUSSAIN

**Place of Birth:** ENGLAND   **Residence Phone:** UNK

**Last Known Address:** 1623 S 24 TERR   **City:** HOLLYWOOD   **State:** FL   **Zip:** 33020   **Business Phone:** UNK

**Occupation:** TECHNICIAN   **Employer/School:** CNC ELECTRICAL   **SSN:** 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

**Driver's License:** E425-320-74-021-0

**Clothing:** TAN PANTS, PLAID SHIRT, BROWN SHOES

| Race | Sex | DOB | Height | Weight | Eye Color | Hair Color | Hair Length | Hair Style |
|---|---|---|---|---|---|---|---|---|
| B | M | 01,21,74 | 503 | 120 | BROWN | BLACK | SHORT | AFRO |

| Complexion | Build | Facial Hair | Teeth | Speech/Voice |
|---|---|---|---|---|
| FAIR | AVG | MUST | GOOD | ACCENT |

## NARRATIVE

SEE P.C. AFFIDAVIT

**Report Contains:** PROPERTY, P.C.

**Officer(s) Reporting:** SHEETZ   **ID Number:** 544   **Unit:** PATROL   **Date:** 11-20-96

**OBTS Number:** 009454277

**Page:** 1 of 2