HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

FILED by _____ D.C.
JUN 3 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

(USM do not bring defendants for status hearing)

DEFT __HUSSAIN EL KAMLICHI__    CASE NO: __00-6098-CR-ZLOCH__
AUSA __STEVE PETRI__ / Rice    ATTY FPD — Hunt
Disc out - possible plea - no pending motions

00-037
C 1174

DEFT __CARLA KNIGHT__    CASE NO: __00-6159-CR-FERGUSON__
AUSA __KATHLEEN RICE__ / Rice    ATTY FPD — Hunt
Disc out - possible plea - No pending motion

C 1199

DEFT __DOREEN JORDAN__    CASE NO: __00-6160-CR-ZLOCH__
AUSA __DON CHASE__ pu    ATTY FPD — Bidwill
Disc out - possible plea -

C 1219

DEFT __LORI KOSTENKO__    CASE NO: __00-6164-CR-DIMITROULEAS__
AUSA __ROGER STEFIN__ / Rice    ATTY FPD — Hunt
Disc out - possible plea. No pending motion

C 1254

DEFT __RAYMOND HICKS__    CASE NO: __00-6162-CR-ROETTGER__
AUSA __KATHLEEN RICE__ / pres    ATTY __MARTIN FEIGENBAUM, ESQ.__ pres
Steven Kassner, Esq. for Earl Parker
FPD for Sam Jones — Cat Hunt
DEFT _Disc out - 3 weeks_ Aug 1 for motions CASE NO: _____

C 1280

AUSA _____    ATTY _____

DATE __6/30/00__    TIME __11:00__

17