SRP:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6098-CR-ZLOCH

UNITED STATES OF AMERICA,  :

        PLAINTIFF,  :

v.  :

HOUSSAIN EL KAMLICHI,  :

        DEFENDANT.  :

_____

GOVERNMENT'S SUPPLEMENTAL
DISCOVERY RESPONSE

The government hereby files this supplemental discovery response, and states the following:

1.    At the time of his arrest, the defendant did not make any written or oral statement, other than biographical booking information under the name Houssain El Kamlichi.

                Respectfully submitted,

                GUY A. LEWIS
                ASSISTANT U.S. ATTORNEY

By: _____
                STEVEN R. PETRI
                ASSISTANT U.S. ATTORNEY
                COURT NO. A500048
                500 E. Broward Blvd., 7th Flr
                Fort Lauderdale, Fl 33394
                (954) 356-7255
                (954) 356-7336
                E-MAIL: Steve.Petri@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 3rd day of July, 2000, to Sam Smargon, Esq., Assistant Federal Public Defender, 101 N.E. 3rd Avenue, Ft. Lauderdale, Fl. 33301.

*[signature]*

STEVEN R. PETRI
ASSISTANT U.S. ATTORNEY