UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

JUL 2 6 2000

CASE NUMBER 00-6098-CR-Zloch   DATE 7-26-00
CLERK Carline Newby   REPORTER Carl Schanzleh
PROBATION   INTERPRETER

UNITED STATES OF AMERICA v. Hussam EL Kamlichi
A/k/a Name - Melford Jackson
U. S. ATTORNEY Steve Petri   DEFT COUNSEL Samuel Smargon

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Change of Plea

RESULT OF HEARING Deft Not Ready - Standby for Trial starting Monday August 7 —

JUDGMENT

CASE CONTINUED TO   TIME   FOR

MISC 1½ days
Custody —

21