UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6098-CR-ZLOCH

UNITED STATES OF AMERICA

    v.

HUSSAIN EL KAMLICHI

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

PLACE:                          COURTROOM A
299 E. BROWARD BLVD.            DATE & TIME:
FT. LAUDERDALE, FL 33301        August 3, 2000 at 10:45 AM

**CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION**

CLARENCE MADDOX
CLERK OF COURT

*Carline S. Keiske*
BY DEPUTY CLERK

DATE: July 26, 2000

cc:
Steve Petri, Esq., AUSA
Samuel Smargon, Esq., AFPD