UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

RECEIVED
AUG 3 2000

CASE NUMBER 00-6098-CR-Zloch    DATE 8-3-00
CLERK Carline Newley    REPORTER Anita LaRocca
PROBATION _____    INTERPRETER _____

UNITED STATES OF AMERICA v. Houssam EL Kamlichi
                              Melford Ian Jackson (TRUE NAME)
U.S. ATTORNEY Debra Stuart    DEFT COUNSEL Samuel Smargon
    for Steve Potsi

DEFENDANT: (PRESENT)    NOT PRESENT    ON BOND    (IN CUSTODY)

REASON FOR HEARING Change of Plea to Count 1

RESULT OF HEARING Deft entered plea of guilty to Count 1

JUDGMENT Court accepted plea & adjudged deft guilty to Count 1

CASE CONTINUED TO 10-20-00    TIME 11:30    FOR Sentencing

MISC Written Plea Agreement

24