OCT 20 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6098-CR-Z/oci  DATE 10-20-00
CLERK Carline Kearley  REPORTER Carl Schanzlee
PROBATION Frank Smith  INTERPRETER

UNITED STATES OF AMERICA v. Houssam EL Kamlichi
True Name Melkard Ian Jackson
U. S. ATTORNEY Jerry Thompson DEFT COUNSEL Samuel Smargon
for Steve Petri
DEFENDANT: (PRESENT)  NOT PRESENT  ON BOND  (IN CUSTODY)

REASON FOR HEARING Sentencing

RESULT OF HEARING Ct 1 - Time-served
- 3 yrs supervised Release -
At the completion of sentence be
Surrendered for deportation proceedings.
JUDGMENT If deported Not Re-enter U.S.
Non Reporting if deported - If Re-enters
Report w/in 72 hours to Probation -
Participate in Drug/Alcohol Abuse
CASE CONTINUED TO ____ TIME ____ FOR
Program - $100 assessment  FPD
MISC Appointed for appeal

26