-cr-06098-WJZ Document 28 Entered on FLSD Docket 10/27/2000
AO 245 S (Rev 8/96) Judgment in a Criminal Case
Sheet 1
FILED by _____ D.C.

# UNITED STATES DISTRICT COURT

SOUTHERN District of FLORIDA

OCT 25 2000

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| HOUSSAIN EL KAMLICHI<br>T/N  MELFORD IAN JACKSON | CASE NUMBER: 00-6098-CR-ZLOCH |
| | SAMUEL SMARGON, ESQ., AFPD<br>Defendant's Attorney |

**THE DEFENDANT:**

[x] pleaded guilty to count(s) __1__

[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.

[ ] was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18:1542 | false statement in application for passport | 5/98 | 1 |

RECEIVED OCT 23 PM CLERK OF COURT OFFICE FILED OCT 26 AM '00

TO THE EXTENT NOT OTHERWISE DISPOSED OF HEREIN, ALL PENDING MOTIONS ARE DENIED AS MOOT.

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____

[x] Count(s) __remaining__ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: none
Defendant's Date of Birth: 7/24/73
Defendant's USM No.: 61737-004
Defendant's Residence Address:
Paradise Pointe Apartments
11140 SW 196th Street
Apt. C212
Miami, FL

Defendant's Mailing Address:
10-23-00

10/20/00
Date of Imposition of Judgment

*signature*
Signature of Judicial Officer

WILLIAM J. ZLOCH
CHIEF UNITED STATES DISTRICT JUDGE
Name and Title of Judicial Officer

10/23/00
Date

28

DEFENDANT:
CASE NUMBER:

## ADDITIONAL FINDINGS AND GUIDELINE APPLICATIONS EXCEPTIONS

No further **action required by** the U.S. Marshals **Service.**

*James A Tassone*
UNITED STATES **MARSHAL**

*Ed Figueroa* **SDUSM**