PROB 12C
(SD/FL 9/96)

SD/FL PACTS No. 64222

# United States District Court

for

### SOUTHERN DISTRICT OF FLORIDA

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Houssain EL Kamlichi          Case Number: 00-6098-CR-ZLOCH

Name of Sentencing Judicial Officer: The Honorable William J. Zloch, Chief Judge, U. S. District Court

Date of Original Sentence: October 20, 2000

Original Offense:    False Statement in Application For Passport

Original Sentence:   BOP time served, three (3) years Supervised Release

Type of Supervision: Supervised Release          Date Supervision Commenced: 10/20/2000

Assistant U.S. Attorney:                Defense Attorney:
Steven R. Petri                         Samuel J. Smargon, AFPD
500 East Broward Blvd                   101 N.E. 3rd Avenue
Seventh Floor                           Suite 202
Ft. Lauderdale, FL 33394                Ft. Lauderdale, FL 33301
(954) 356-7255                          (954) 359-7436

## PETITIONING THE COURT

[X]   To issue a warrant
[]    To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Standard Condition,** by failing to report to the probation officer as directed. On or about November 28, 2000, during a home visit, the supervised releasee was instructed to report via note, to the U.S. Probation Officer on November 29, 2000, and he failed to comply. |
| 2. | **Violation of Standard Condition,** by failing to submit a truthful and complete written monthly report within the first five (5) days of each |

29

|   |   |
|---|---|
|   | month. The supervised releasee has failed to submit a written monthly report for the months of October, November and December 2000. |
| 3. | **Violation of standard Condition,** by failing to follow the instructions of the probation officer. On or about November 23, 24, 27, December 13, 22, 26, 2000 and January 2, 2001, the supervised releasee, failed to report for a Code-A-Phone urinalysis test as directed. |
| 4. | **Violation of Standard Condition,** by failing to work regularly at a lawful occupation. Since on or about November 17, 2000 the supervised releasee has failed to work regularly as required. |
| 5. | **Violation of Standard Condition,** by failing to notify the probation office of any change in residence. On or about November 28, 2000, the supervised releasee moved from his approved residence of 11020 SW 196 Street Apt #C212, Miami, Florida, and his whereabouts is unknown. |
| 6. | **Violation of Special Condition,** by failing to participate in an approved treatment program. On or about November 16, 2000. the supervised releasee failed to attend his scheduled appointments with Jewish Family Services and to date, has not satisfactorily participated in treatment as directed. |

U.S. Probation Officer Recommendation:

    [X]    The term of supervision should be revoked.

    []    extended for _ years, for a total term of _ years.

    []    The conditions of supervision should be modified as follows:

Respectfully submitted,

by *[signature]*

Pamela J. Moore /KH/  
U.S. Probation Officer  
Date: January 8, 2001

THE COURT ORDERS:

[ ] No Action  
[X] The Issuance of a Warrant  
[ ] The Issuance of a Summons  
[ ] Submit a Request for Modifying the Conditions or Term of Supervision

Signature of Judicial Officer

1/23/01  
Date