# UNITED STATES DISTRICT COURT

for

**SOUTHERN DISTRICT OF FLORIDA**

U.S.A. vs EL KAMLICHI, HOUSSAIN

Docket No. 6098-CR-ZLOCH
SD/FL PACTS No. 64222

TO:[1] ANY U.S. MARSHAL

| WARRANT FOR ARREST OF SUPERVISED RELEASEE | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court. | | | |
| NAME OF SUPERVISED RELEASEE<br>EL KAMLICHI, HOUSSAIN | SEX<br>M | RACE<br>B | AGE<br>27 YRS |
| ADDRESS (STREET,CITY,STATE)<br>Paradise Point Apts, 11140 SW 196 St., Miami, Fl. | | | |
| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)<br>S/A | | DATE IMPOSED<br>10/20/2000 | |
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)<br>U.S. DISTRICT COURT, FT. LAUDERDALE, FLORIDA | | | |
| CLERK<br>Clarence Maddox | (BY) DEPUTY CLERK | DATE<br>JAN 2 4 2001 | |

| RETURN | | |
|---|---|---|
| **Warrant received and executed.** | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| | | |
| NAME | (BY) | DATE |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ District of _____;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."