D.C.

SEC.

MAY - 6 2002

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA** ]
Plaintiff ]
-vs- ]
]
Hossen el Kamuchi ]
Defendant

CASE NUMBER: CR 00-6098-CA-Foul

REPORT COMMENCING CRIMINAL ACTION

61737-004

USMS Number

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: CLERK'S OFFICE   (MIAMI)   FT. LAUDERDALE   W. PALM BEACH
    U.S. DISTRICT COURT              (circle one)

NOTE:   CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES
        COURT ABOVE.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
COMPLETE ALL ITEMS.   INFORMATION NOT APPLICABLE ENTER N/A.

(1)   DATE AND TIME OF ARREST: 5/3/02    AM ____   PM 1530

(2)   LANGUAGE SPOKEN: English

(3)   OFFENSE(S) CHARGED: Viol of Supv Release

(4)   UNITED STATES CITIZEN: ( ) YES (✓) NO ( ) UNKNOWN

(5)   DATE OF BIRTH: 1/31/74

(6)   TYPE OF CHARGING DOCUMENT:  (check one)
      [ ] INDICTMENT    [ ] COMPLAINT TO BE FILED/ALREADY FILED
          CASE # _____
      [ ] BENCH WARRANT FOR FAILURE TO APPEAR
      [✓] PROBATION VIOLATION WARRANT
      [ ] PAROLE VIOLATION WARRANT
      ORIGINATING DISTRICT: S/FL
      COPY OF WARRANT LEFT WITH BOOKING OFFICER [✓] YES [ ] NO

AMOUNT OF BOND: $ 0          WHO SET BOND? _____

(7)   REMARKS: N/A

(8)   DATE: 5/3/02    ARRESTING OFFICER: Bielix

(10)  AGENCY: USMS    (11) PHONE: _____

(12)  COMMENTS: _____

