**United States Government**
MEMORANDUM

DATE: May 8, 2002

FROM: Pamela J. Moore
Snapper Creek Office
305-412-2315

SUBJECT: **EL KAMLICHI, Houssain
Docket No. 00-6098-CR-ZLOCH
SD/FL PACTS No. 64222
Amended Petition**

TO: The Honorable William J. Zloch
United States District Court
Miami, Florida

The attached is an amended petition that includes violation number seven, charging the defendant with violation of the law. Additionally, on May 6, 2002, Deputy U.S. Marshal Walt Reilly informed the U.S. Probation Office that the subject has new charges forthcoming, i.e. Aggravated Battery/Assault, which is being processed by the North Miami Police Department, the detective in charged of this investigation is Ernesto Rayes. The subject is also pending a charge of Kidnaping/Abduction, which is being processed by Miami Dade Police Department. The Detective handling the case is Judy Webb.

Therefore, due to the above we are anticipating that the Petition will again be amended to include these additional charges.

PROB 12C                                                    SD/FL PACTS No. 64222
(SD/FL 9/96)

# United States District Court

for

**SOUTHERN DISTRICT OF FLORIDA**

Amended

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Houssain EL Kamlichi          Case Number: 00-6098-CR-ZLOCH

Name of Sentencing Judicial Officer: The Honorable William J. Zloch, Chief Judge, U. S. District Court

Date of Original Sentence: October 20, 2000

Original Offense:    False Statement in Application For Passport

Original Sentence:   BOP time served, three (3) years Supervised Release

Type of Supervision: Supervised Release          Date Supervision Commenced: 10/20/2000

Assistant U.S. Attorney:                          Defense Attorney:
Steven R. Petri                                   Samuel J. Smargon, AFPD
500 East Broward Blvd                             101 N.E. 3rd Avenue
Seventh Floor                                     Suite 202
Ft. Lauderdale, FL 33394                          Ft. Lauderdale, FL 33301
(954) 356-7255                                    (954) 359-7436

---

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number          Nature of Noncompliance

1.                        **Violation of Standard Condition,** by failing to report to the probation
                          officer as directed. On or about November 28, 2000, during a home
                          visit, the supervised releasee was instructed to report via note, to the
                          U.S. Probation Officer on November 29, 2000, and he failed to comply.

**PROB 12C**                                                                                **SD/FL PACTS No. 64222**
**(SD/FL 9/96)**

2.         **Violation of Standard Condition,** by failing to submit a truthful and complete written monthly report within the first five (5) days of each month. The supervised releasee has failed to submit a written monthly report for the months of October, November and December 2000.

3.         **Violation of standard Condition,** by failing to follow the instructions of the probation officer. On or about November 23, 24, 27, December 13, 22, 26, 2000 and January 2, 2001, the supervised releasee, failed to report for a Code-A-Phone urinalysis test as directed.

4.         **Violation of Standard Condition,** by failing to work regularly at a lawful occupation. Since on or about November 17, 2000 the supervised releasee has failed to work regularly as required.

5.         **Violation of Standard Condition,** by failing to notify the probation office of any change in residence. On or about November 28, 2000, the supervised releasee moved from his approved residence of 11020 SW 196 Street Apt #C212, Miami, Florida, and his whereabouts is unknown.

6.         **Violation of Special Condition,** by failing to participate in an approved treatment program. On or about November 16, 2000. the supervised releasee failed to attend his scheduled appointments with Jewish Family Services and to date, has not satisfactorily participated in treatment as directed.

7.         **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about November 2, 2001, the supervised releasee, was arrested by the Plantation Police Department and charged with Simple Battery. On or about April 15, 2002, the supervised releasee, was arrested by the Sunrise Police Department and charged with Theft (Grand), Possession of Stolen Property, Driving without a Drivers License, Running a Red Light (Right Turn).

PROB 12C　　　　　　　　　　　　　　　　　　　　　　　　SD/FL PACTS No. 64222
(SD/FL 9/96)

U.S. Probation Officer Recommendation:

    [X]    The term of supervision should be revoked.

    [ ]    extended for _ years, for a total term of _ years.

    [ ]    The conditions of supervision should be modified as follows:

                                                        Respectfully submitted,

                                      by    *[signature]*

                                          Pamela J. Moore
                                          U.S. Probation Officer
                                          Date: May 7, 2002

---

THE COURT ORDERS:

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

                                                        *[signature]*
                                                   Signature of Judicial Officer

                                                   5/8/02
                                                  Date