UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6098-CR-WJZ

UNITED STATES OF AMERICA

v.

~~Houssand El-Kamlichi~~
(True Name: Melford Ian Jackson)

FILED by __ D.C.
MAY 9 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. L.

WAIVER OF PROBABLE CAUSE EXAMINATION

The defendant having been advised of the right to a probable cause hearing, and the defendant having refused and waived such hearing, the defendant now signs this Waiver of Probable Cause Examination.

DATED: 5/9/02

xM Jackson
Defendant

MAGISTRATE'S CERTIFICATE

The U. S. Magistrate Judge certifies that the defendant, after being advised of the right to a probable cause hearing within 10 days from the defendant's initial appearance has stated ~~she~~/he refused and waived such hearing and signed the foregoing Waiver of Probable Cause Examination.

IT IS ORDERED that a probable cause examination in the above-entitled matter is refused and waived, and the defendant is bound over for proceedings in the U. S. District Court.

DATED: 5/9/02

Lurana S. Snow
LURANA S. SNOW
CHIEF UNITED STATES MAGISTRATE JUDGE