# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

TN: ~~Houssi~~ Melford IAN Jackson

DEFT: HOUSSAUB EL-KAMLICHI (J) #61737-004    CASE NO: 00-6098-CR-ZLOCH

AUSA: DUTY / Washington    ATTY: FPD Ann Amai...

AGENT: USPO    VIOL: SUPERVISED RELEASE

PROCEEDING: PRETRIAL DETENTION / PROBABLE CAUSE HEARING    RECOMMENDED BOND: PTD

FILED by [stamp] D.C. MAY 9 2002 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

BOND HEARING HELD - yes/no    Stip    COUNSEL APPOINTED: _____

BOND SET @: 250,000 CSB    To be cosigned by: _____
w/Nebbia

- ❏ Do not violate any law.

- ❏ Appear in court as directed.

- ❏ Surrender and / or do not obtain passports / travel documents.

- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.

- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

- ❏ Maintain or seek full - time employment.

- ❏ No contact with victims / witnesses.

- ❏ No firearms.

- ❏ Curfew: _____

- ❏ Travel extended to: _____

- ❏ Halfway House _____

Parties reserve right to PTD hrg —

Waiver of probable cause executed final violation hrg to be set before judge Zloch.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: _____

PRELIM/ARRAIGN. OR REMOVAL: _____

STATUS CONFERENCE: _____

DATE: 5/9/02    TIME: 11:00    FTL/LSS TAPE # 02 - 024    Begin: 1406    End: 1540