UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6098-CR-ZLOCH

FILED by _____ D.C.

MAY 1 3 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.                                          NOTICE

HOUSSAIN EL KAMLICHI

---

TYPE OF CASE                CRIMINAL

---

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

---

| PLACE | COURTROOM A |
| 299 E. BROWARD BLVD. | DATE & TIME: |
| FT. LAUDERDALE, Fl, 33301 | May 24, 2002, at 10:30 AM |

---

VIOLATION OF SUPERVISED RELASE

---

CLARENCE MADDOX
CLERK OF COURT


BY DEPUTY CLERK

DATE: May 13, 2002


cc:
Steve Petri, Esq., AUSA
Samuel Smargon, Esq., AFPD
Probation