FILED by ____ D.C.
MAY 24 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES



CASE NUMBER 00-6098-CR-Zloch   DATE 5-24-02

CLERK _____   REPORTER Carl Schanzleh

PROBATION Pamela Moore   INTERPRETER _____

UNITED STATES OF AMERICA v. Houssain EL Kamlichi

U.S. ATTORNEY Steve Petri   DEFT COUNSEL Patrick Hunt
Pamela Moore - Probation

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Violation of Supervised Release (DE 33)

RESULT OF HEARING ∆ admits the allegations contained in paragraphs 1-6 & admits he was arrested for purposes of paragraph 7.

JUDGMENT Court finds that ∆ has violated his terms & conditions of his Supervised Release. Remanded to the B.O.P for 11 months. After incarceration must surrender to the custody of the INS. If deported can't reenter w/out express permission from the U.S. Attorney General.

CASE CONTINUED TO _____   TIME _____   FOR _____

MISC

40