UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6098-CR-ZLOCH



UNITED STATES OF AMERICA

    Plaintiff

V.                                                ORDER REVOKING
                                                  SUPERVISED RELEASE
EL KAMLICHI  61737-004

    Defendant

_____

THIS CAUSE came before the Court for hearing on Supervised Release Violation on May 24, 2002.

The Court finds that said defendant has violated conditions of Supervised Release as set forth in allegations 1-6 of the petition (DE 33) and the defendant admits same.

IT IS HEREBY ORDERED AND ADJUDGED that the defendant's Supervised Release is hereby revoked and the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 11 MONTHS.

At the completion of the defendant's term of imprisonment, the defendant shall be surrendered to the custody of the Immigration and Naturalization Service for deportation proceedings consistent with the Immigration and Nationality Act.

If deported, the defendant shall not reenter the United States



without the prior express permission of the United States Attorney General.

DONE AND ORDERED at Fort Lauderdale, Florida, this 28th day of May, 2002.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

cc:
Steve Petri, Esq., AUSA
Patrick Hunt, Esq., AFPD
Probation
Marshal

Defendant delivered on 7/26/02 to FCC COP at Coleman, FL

Donald A McKelvy, Warden